AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-403-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* PRICEGRABBER.COM
was received by me on *(date)* 5/12/11

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SCOTT LASCALA (PROCESS AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* PRICEGRABBER.COM C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE on *(date)* 5/12/11, or

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 5/12/11

*Server's signature*

KEVIN S. DUNN
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# United States District Court
## for the
## District of Delaware

ALLOQATE, LLC,

          Plaintiff,

v.

DEALBASE CORPORATION; EXPEDIA, INC.; HOTWIRE, INC.; KAYAK SOFTWARE CORPORATION; LENDINGTREE, LLC; ORBITZ, LLC; PRICEGRABBER.COM, INC.; THE PROGRESSIVE CORPORATION; SHOPPING.COM, INC.; TRAVELOCITY.COM LP

          Defendants.

Civil Action No. 11-403-UNA

TRIAL BY JURY DEMANDED

### Summons in a Civil Action

To:    PriceGrabber.com
        c/o The Corporation Trust Company
        1209 Orange Street
        Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAY 1 1 2011

DATE

DEPUTY CLERK'S SIGNATURE

{BAY:01801507v1}