# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLOQATE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-403-SLR |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| DEALBASE CORPORATION, | ) |
| EXPEDIA, INC., HOTWIRE, INC., | ) |
| KAYAK SOFTWARE CORPORATION, | ) |
| LENDINGTREE, LLC, ORBITZ, LLC, | ) |
| PRICEGRABBER.COM, INC., THE | ) |
| PROGRESSIVE CORPORATION, | ) |
| SHOPPING.COM, INC., | ) |
| TRAVELOCITY.COM LP, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Alloqate, LLC and Defendant PriceGrabber.com, Inc., through their undersigned counsel, and subject to the approval of the Court, that the time for Defendant PriceGrabber.com, Inc. to answer, move or otherwise respond to the Complaint shall be extended to and including July 29, 2011.

BAYARD, P.A.                                          POTTER ANDERSON & CORROON LLP

By: /s/ Stephen B. Brauerman              By: /s/ Philip A. Rovner
    Richard D. Kirk (#922)                       Philip A. Rovner (#3215)
    Stephen B. Brauerman (#4952)            Jonathan A. Choa (#5319)
    222 Delaware Avenue, Suite 900        Hercules Plaza
    P. O. Box 25130                                   P.O. Box 951
    Wilmington, DE 19899                        Wilmington, DE 19899
    (302) 655-5000                                     (302) 984-6000
    rkirk@bayardlaw.com                         provner@potteranderson.com
    sbrauerman@bayardlaw.com             jchoa@potteranderson.com

*Attorneys for Plaintiff*                              *Attorneys for Defendant*
*Alloqate, LLC*                                       *PriceGrabber.com, Inc.*

*OF COUNSEL:*

Gregory P. Love
Scott E. Stevens
Darrell G. Dotson
Todd Y. Brandt
Stevens Love
111 West Tyler Street
Longview, TX 75606
(903) 753-6760

*OF COUNSEL:*

Brent D. Sokol
Stephen G. Ng
Jones Day
555 South Flower Street
Los Angeles, CA 90071
(213) 489-3939

SO ORDERED this _____ day of July, 2011.

_____
United States District Judge

1018933

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on July 5, 2011, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM/ECF AND E-MAIL

Richard D. Kirk, Esq.
Stephen B. Brauerman, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff*
*Alloqate, LLC*

Lauren Murphy Pringle, Esq.
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
pringle@fr.com

*Attorneys for Defendants*
*Expedia, Inc., Hotwire, Inc.,*
*Kayak Software Corporation, Orbitz, LLC*
*and Travelocity.com LP*

Kenneth L. Dorsney, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdornsey@morrisjames.com

*Attorneys for Defendant*
*The Progressive Corporation*

Jack B. Blumenfeld, sq.
Rodger D. Smith, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmngton, DE 19899
(302) 351-9200
jblumenfeld@mnat.colm
rsmith@mnat.com

*Attorneys for Defendant*
*Shopping.com, Inc.*

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

*Attorneys for Defendant*
*LendingTree, LLC*

Arthur G. Connolly, III, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
aconnollyIII@cblh.com

*Attorneys for Defendant*
*Dealbase Corporation*

I hereby certify that on July 5, 2011 the foregoing document was sent by E-mail to the following non-registered participants:

Gregory P. Love, Esq.
Scott E. Stevens, Esq.
Darrell G. Dotson, Esq.
Todd Y. Brandt, Esq.
Stevens Love
111 West Tyler Street
P.O. Box 3427
Longview, TX 75606
greg@stevenslove.com
scott@stevenslove.com
Darrell@stevenslove.com
todd@stevenslove.com

*Attorneys for Plaintiff*
*Alloqate, LLC*

Laura Beth Miller, Esq.
David P. Lindner, Esq.
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
lmiller@brinkshofer.com
dlinkner@rinkshofer.com

*Attorneys for Defendant Progressive Corporation*

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com